UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO STORNELLO, et al.,

    Plaintiffs,                                         Civil Action No. 13-CV-13674

vs.                                                  HON. BERNARD A. FRIEDMAN

DANIEL HEYNS,

    Defendant.

_____/

### ORDER DENYING PLAINTIFFS' MOTIONS
### FOR A PRELIMINARY INJUNCTION AND TO AMEND THE COMPLAINT

       This matter is presently before the Court on plaintiffs' motions for a preliminary injunction [docket entry 8] and to amend the complaint [docket entry 15]. Magistrate Judge Laurie J. Michelson has submitted a Report and Recommendation ("R&R") in which she recommends that both motions be denied. While plaintiffs have filed timely objections to the R&R, but they have not shown any error in the magistrate judge's analysis or conclusions. In particular, plaintiffs have not shown they are likely to succeed on the merits or that they will suffer irreparable harm unless the Court issues a preliminary injunction. Nor did plaintiffs attach a proposed amended complaint to their motion for leave to amend. Therefore, the magistrate judge correctly recommended that both motions be denied.

       The Court has reviewed the complaint, the motion papers and the R&R and agrees with the magistrate judge's analysis and conclusions. Accordingly,

       IT IS ORDERED that Magistrate Judge Michelson's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiffs' motion for a preliminary injunction [docket entry 8] is denied.

IT IS FURTHER ORDERED that plaintiffs' motion to amend the complaint [docket entry 15] is denied without prejudice.

Dated: December 27, 2013  
      Detroit, Michgian

S/ Bernard A. Friedman  
BERNARD A. FRIEDMAN  
SENIOR UNITED STATES DISTRICT JUDGE