UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO STORNELLO, et al.,

    Plaintiffs,                                           Civil Action No. 13-CV-13674

vs.                                                        HON. BERNARD A. FRIEDMAN

DANIEL HEYNS,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on the motion of plaintiff Urban for voluntary dismissal [docket entries 36, 38]. Magistrate Judge Mona K. Majzoub has submitted a Report and Recommendation ("R&R") in which she recommends at this motion be granted, but that Urban be required to pay his portion of the filing fee ($50). In addition, Magistrate Judge Majzoub recommends that the Court dismiss the complaint without prejudice as to plaintiff Hays for his failure to provide the Court with his current address. No party has objected to the magistrate judge's R&R and the objection period has expired. The Court agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that plaintiff Urban's motion for voluntary dismissal is granted. However, plaintiff Urban remains responsible for his portion of the filing fee.

IT IS FURTHER ORDERED that the complaint is dismissed without prejudice as to plaintiff Hays.

                                                        _s/ Bernard A. Friedman_____
Dated: May 28, 2014                BERNARD A. FRIEDMAN
     Detroit, Michigan             SENIOR UNITED STATES DISTRICT JUDGE